JUDGE JAMES L. ROBART

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 21-139 JLR |
| Plaintiff | |
| vs. | ORDER CONTINUING TRIAL AND PRETRIAL MOTIONS DUE DATE |
| JULIAN RENE BRAVO-VARGAS, | |
| Defendant. | |

THE COURT has considered the unopposed motion to continue the trial date now set for May 9, 2022 and pretrial motions deadline of April 7, 2022 and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

-1-

**ORDER**
(United States v. Julian Bravo-Vargas CR21-139 JLR)

Peter A. Camiel
Camiel & Chaney P.S.
2815 Elliott Avenue, Suite 100
Seattle, Washington 98121
Tel. 206.636.1725
e-mail: petercamiel@yahoo.com

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(e) the additional time requested between the current trial date of May 9, 2022, and the new trial date is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial, considering counsel's schedule and all of the facts set forth above; and

(f) the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to September 19, 2022, and that pretrial motions shall be filed no later than August 11, 2022.

DATED this 25th day of March, 2022.

_____
HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

-2-

ORDER
(United States v. Julian Bravo-Vargas CR21-139 JLR)

Peter A. Camiel
Camiel & Chaney P.S.
2815 Elliott Avenue, Suite 100
Seattle, Washington 98121
Tel. 206.636-1725
e-mail: petercamiel@yahoo.com